| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) LOKEN, JAMES B. | 2. Court or Organization EIGHTH CIRCUIT | 3. Date of Report 05/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) CIRCUIT JUDGE (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address U.S. Courthouse, Suite 11W 300 South Fourth Street Minneapolis, MN 55415 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Past President | Federal Bar Association, Minnesota Chapter |
| 2. Member | American Law Institute |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2009 MAY 26 A 10: 20 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Loken_James_B

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B. | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B. | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| LOKEN, JAMES B. | - | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. STOCKS (All Common) | | | | | | | | | |
| 2. Allstate Corp. | | None | | | Sold | 1/2 | K | C | |
| 3. Zimmer Holdings, Inc. | | None | J | T | | | | | |
| 4. Target Corp | A | Dividend | K | T | | | | | |
| 5. Emerson Electric | C | Dividend | L | T | | | | | |
| 6. Exxon Corp. | A | Dividend | K | T | | | | | |
| 7. Wachovia Corp. | B | Dividend | J | T | | | | | |
| 8. Gabelli Equity Trust | | None | | | Sold | 1/17 | M | D | |
| 9. Gabelli Global Multimedia Trust | | None | | | Sold | 1/17 | J | A | |
| 10. Gabelli Utility Trust | | None | | | Sold | 1/29 | K | B | |
| 11. Gabelli Healthcare Trust | | None | | | Sold | 1/17 | J | | |
| 12. XCel Energy, Inc. | C | Dividend | K | T | Sold (part) | 1/2 | K | C | |
| 13. FSI International, Inc. | | None | J | T | Buy (add'l) | 12/31 | J | | |
| 14. Digi International | | None | K | T | Buy (add'l) | 8/25 | K | | |
| 15. Communications Systems | B | Dividend | J | T | Sold (part) | 12/31 | J | | |
| 16. Vishay Intertechnology | | None | J | T | Buy (add'l) | 12/31 | J | | |
| 17. ADC Telecommunications | | None | | | Buy (add'l) | 5/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ADC Telecommunications | | None | | | Buy (add'l) | 8/25 | J | | |
| 19. ADC Telecommunications | | None | K | T | Part sold | 12/31 | J | | |
| 20. Amkor Technology | | None | | | Part Sold | 5/15 | J | C | |
| 21. Amkor Technology | | None | J | T | Buy (add'l) | 12/31 | J | | |
| 22. Conexant Systems | | None | | | Sold | 12/31 | J | | |
| 23. Oracle Corp. | | None | K | T | | | | | |
| 24. Synovis Life Technologies, Inc. | | None | | | Sold (part) | 7/14 | J | D | |
| 25. Synovis Life Technologies, Inc. | | None | | | Sold (part) | 8/25 | K | E | |
| 26. Synovis Life Technologies, Inc. | | None | J | T | Buy (add'l) | 12/31 | J | | |
| 27. Cyberoptics Corp. | | None | J | T | | | | | |
| 28. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 29. Rudolph Technology | | None | | | Sold | 5/23 | J | | |
| 30. Aetrium Inc. | | None | J | T | Sold (part) | 12/31 | J | | |
| 31. Dow Chemical | A | Dividend | J | T | | | | | |
| 32. Cemex S.A. | | None | | | Buy (add'l) | 6/5 | J | | |
| 33. Cemex S.A. | A | Dividend | J | T | Buy (add'l) | 12/31 | J | | |
| 34. Chesapeake Energy | A | Dividend | J | T | Sold (part) | 5/15 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Valero Energy | A | Dividend | K | T | Buy (add'l) | 1231 | J | | |
| 36. Metro Health Network | | None | K | T | | | | | |
| 37. Possis Medical, Inc. | | None | | | Sold | 2/13 | K | D | |
| 38. Intel Corp. | A | Dividend | J | T | | | | | |
| 39. Best Buy Co. | A | Dividend | J | T | | | | | |
| 40. Bank of America | A | Dividend | J | T | | | | | |
| 41. Transocean Ltd. | | None | | | Buy | 5/23 | K | | |
| 42. Transocean Ltd. | | None | J | T | Buy (add'l) | 12/31 | J | | |
| 43. MUTUAL FUNDS | | | | | | | | | |
| 44. Columbia Acorn Fund | A | Dividend | M | T | Sold (part) | 4/7 | M | F | |
| 45. Fidelity Equity Income Fund II | B | Dividend | L | T | | | | | |
| 46. Fidelity Mn. Tax Free Fund | A | Dividend | J | T | | | | | |
| 47. Fidelity Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 48. Fidelity Japan Fund | A | Dividend | J | T | | | | | |
| 49. Fidelity Spartan Muni Income Fund | D | Dividend | N | T | | | | | |
| 50. Fidelity Real Estate Fund | D | Dividend | M | T | | | | | |
| 51. Harbor International Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Investment Co Amer Fund | C | Dividend | M | T | | | | | |
| 53. Mutual Beacon Fund | D | Dividend | N | T | | | | | |
| 54. New Perspective Fund | B | Dividend | K | T | | | | | |
| 55. Oppenheimer Capital Inc Fund | D | Dividend | M | T | | | | | |
| 56. Oppenheimer Strategic Income | C | Dividend | K | T | Sold (part) | 2/8 | L | C | |
| 57. Vanguard Fixed Inc Fund S-T | C | Dividend | M | T | | | | | |
| 58. Vanguard Fixed Inc Fund GNMA | D | Dividend | M | T | Sold (part) | 1/2 | J | A | |
| 59. Washington Mutual Fund | D | Dividend | M | T | | | | | |
| 60. Vanguard Windsor Fund | A | Dividend | K | T | | | | | |
| 61. Vanguard Hi-Yield Corp. Fund | B | Dividend | K | T | Sold (part) | 1/2 | J | A | |
| 62. Vanguard Prime MM Fund | A | Dividend | J | T | | | | | |
| 63. Vanguard Short Term Corp. Fund | A | Dividend | J | T | Sold (part) | 1/2 | J | A | |
| 64. Vanguard Long Term Tax Exempt Fund | B | Dividend | K | T | Sold (part) | 1/2 | J | A | |
| 65. Vanguard Wellington Fund | A | Dividend | K | T | | | | | |
| 66. Vanguard Capital Value Fund | A | Dividend | K | T | | | | | |
| 67. Artisan International Fund | D | Dividend | M | T | | | | | |
| 68. Leuthold Core Inv. Fund | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Selected American Shares Fund | B | Dividend | L | T | | | | | |
| 70. Amer Century Equity Fund | C | Dividend | M | T | | | | | |
| 71. Chase Growth Fund | A | Dividend | L | T | | | | | |
| 72. Dreyfus Minn Muni Fund | B | Dividend | K | T | | | | | |
| 73. Icon Health Care Fund | | None | K | T | | | | | |
| 74. Matthews Pacific Tiger Fund | D | Dividend | L | T | | | | | |
| 75. Muhlenkamp Fund | A | Dividend | L | T | | | | | |
| 76. MISC. | | | | | | | | | |
| 77. Wells Fargo Bank IRA | A | Dividend | J | T | | | | | |
| 78. F&B Building Partnership | | None | J | W | | | | | |
| 79. Tamarack Investment Tax Free Fund | A | Dividend | J | T | | | | | |
| 80. Schwab Advance Cash Reserve Fund | A | Dividend | J | T | | | | | |
| 81. Wells Fargo Bank | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B. | 05/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544